# First District Court of Appeal
## State of Florida

_____

No. 1D21-1859

_____

CARMEN STACY RILEY,

    Appellant,

    v.

LEE AUTOMOTIVE GROUP, INC.,
d/b/a LEE AUTOMOTIVE SUBARU
VOLKSWAGEN, and ROBERT E.
LEE, in his individual capacity,

    Appellees.

_____

On appeal from the Circuit Court for Okaloosa County.
William F. Stone, Judge.

September 8, 2022

PER CURIAM.

    AFFIRMED.

B.L. THOMAS, MAKAR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Marie A. Mattox and Ashley N. Richardson, Marie A. Mattox, P.A., Tallahassee, for Appellant.

Robert L. Norton, Allen, Norton & Blue, P.A., Coral Gables; Robert E. Larkin, III and J. Wes Gay, Allen, Norton & Blue, P.A., Tallahassee, for Appellees.